Circuit denied. *Messrs. Robert Dechert, James C. Jones, Lon O. Hocker,* and *James C. Jones, Jr.* for petitioner. No appearance for respondents.

No. 136. MEACHAM *v.* HALLEY. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. C. Ray* for petitioner. *Mr. W. E. Wassell* for respondent.

No. 137. NEW YORK LIFE INSURANCE Co. *v.* MALLOY ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Jonathan Piper* and *Louis H. Cooke* for petitioner. *Mr. Robert W. Upton* for respondents.

No. 140. TOLENTINO *v.* PHILIPPINE ISLANDS. October 9, 1939. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Moises T. Tolentino, pro se. Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip, Fred E. Strine, Jose Abad Santos,* Secretary of Justice and Attorney General of the Philippines, and *Roman Ozaeta,* Solicitor General of the Philippines, for respondent.

No. 142. McVay *v.* SWIFT ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hanun Gardner* for petitioner. *Mr. E. B. Dubuisson* for respondents.